UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------X

RA AJAH: EL ATO a/k/a Rohan Johnson,

               Petitioner,

  -against-

BEDNOSKY, Warden of the Suffolk
County Jail

               Respondent.

----------------------------------------X

MEMORANDUM
and
ORDER

CV02-4599
(JBW)

WEINSTEIN, *Senior District Judge*:

On July 7, 2003 this case was dismissed for failure to prosecute. By letter dated August 11, 2005 petitioner moved to reinstate the case.

Respondent shall file papers within 30 days on the motion. Furnish copies of the letter of August 11, 2005 with attachment to respondent.

SO ORDERED.

                                JACK B. WEINSTEIN
                                SENIOR UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
       *9/21/05*

