UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------X
RA AJAH: EL ATO a/k/a ROHAN JOHNSON

              Petitioner,         MEMORANDUM
                                and ORDER
                                02-CV-04599

  -against-
                                     (JBW)

BEDNOSKY,
Warden of the Suffolk County Jail

              Respondent.

----------------------------------------X

JACK B. WEINSTEIN, *Senior District Judge*:

      The court has the petitioner's motion dated March 29, 2006 to reopen this habeas corpus case. The petition was dismissed for failure to prosecute on July 25, 2003.

      Apparently, the petitioner is not in the custody of respondent. The warden shall respond to the motion as soon as practicable.

      Appointment of counsel for petitioner does not appear necessary. *See A to v. Horn*, 1:05-CV-04075, Memorandum, Order and Judgment of Dismissal dated August 1, 2006.

      SO ORDERED.

                                  JACK B. WEINSTEIN
                                  *SENIOR UNITED STATES DISTRICT JUDGE*

Dated: Brooklyn, New York
       August 1, 2006

