```
UNITED STATES DISTRICT COURT                              FILED
EASTERN DISTRICT OF NEW YORK                         IN CLERK'S OFFICE
                                                 U.S. DISTRICT COURT, E.D.N.Y.
----------------------------------X
                                                      ★ SEP 15 2006 ★
RA AJA: EL ATO a/k/a ROHAN JOHNSON
                                                       BROOKLYN OFFICE
                Petitioner,              JUDGMENT
                                         OF DISMISSAL
      -against-                          02-CV-04599

BEDNOSKY,                                       (JBW)
Warden of the Suffolk County Jail

                Respondent.

----------------------------------X
```

JACK B. WEINSTEIN, *Senior District Judge*:

Petitioner moves to reopen his habeas corpus case. *See* docket sheet, 31-33. Respondent opposes and seeks dismissal on the ground that petitioner is not in custody. *Id.* 34. The petition had previously been dismissed for failure to prosecute. *Id.* 20.

Since petitioner is no longer in custody of a state official, the petition is dismissed. *Cf. Harvey v. People of the City of New York*, 435 F. Supp. 2d 175 (E.D.N.Y. 2006). A certificate of appealability is denied since no constitutional question is raised.

SO ORDERED.

                                        _____
                                        JACK B. WEINSTEIN
                                        SENIOR UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
       September 3, 2006

